**EXHIBIT A**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA
☒ EEOC

Kansas Human Rights Commission and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| KANSAS CITY, KANSAS POLICE DEPARTMENT | Over 500 | (913)573-5311 |

| Street Address | City, State and ZIP Code |
|---|---|
| 701 N. 7th St. Trfy, Kansas City, Kansas 66101 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)* **Discrimination and Harassment**

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest Latest

October 13, 2025

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have worked with the Kansas City, Kansas Police Department since January 13, 2022 at which time I was hired as a full time Patrol Officer. I am now a Field Training Officer (FTO) after being promoted to that position on September 12, 2025.

On or about October 13, 2025, at around 1500 hours, I was putting my gear away in my locker room, which is a **shared locker room for both men and women.** My shift mate/co-worker Officer Michael "Jordan" Briones walked into the locker room and proceeded to get undressed, which he has done in the past. Officer Briones then came up to me after I put my duty vest in my locker. I was still dressed in my uniform with my duty belt on. Officer Briones approached me and started rubbing my vagina from the outside of my pants. I immediately told him to stop touching me. He dropped his hand, and I finished putting my duty belt in my locker and left the locker room.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/24/25 [redacted]
*Date* *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
[redacted]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*
10/24/25

SUSAN FRYATT
Notary Public - State of Kansas
My Commission Expires 9-4-28

Susan Fryatt

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>FEPA<br>X EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Kansas Human Rights Commission and EEOC

State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

At approximately 1506 hours, Officer Briones calls me and apologizes for the incident. He stated that he was sorry if he had crossed any boundaries and said that he wasn't feeling like himself. He then asked if my other coworker/close friend, Officer Matthew Straws, and I were going to be at work the next day even though Officer Briones knew that Officer Straws and I had the same days off, Tuesday/Wednesday. When I reminded Officer Briones of this, his response was that he was going to miss both of his "best friends."

In shock, at around 1514 hours, I attempted to call Officer Straws to tell him what happened. When Officer Straws returned my call at around 1644 hours, I told him exactly what happened and expressed to him that I was in shock.

On or about October 16, 2025 at around 0730 hours, I reported the incident to my direct supervisors, Sergeant Christopher James and Captain Keith Falkner. I explained the sexual battery that Officer Briones committed against me in the shared locker room and told them that I was struggling to sleep, eat, and focus due to the incident. Captain Falkner notified the Bureau of Operations and Internal Affairs. Captain Falkner urged me to make a report with Internal Affairs. I then asked Officer Brian Lynn to accompany me to Internal Affairs as he is a Union Rep in case I would need one. I then explained the incident to Officer Lynn and he agreed to accompany me to Internal Affairs. I then made my report and recorded statement with Internal Affairs Detective Jacob Sledd and Major Brittanie Pruitt around 1230 hours.

On or about Friday, October 17, 2025, at around 1400 hours, Assistant Chief Major Shane Turner sent out a department wide email advising on locker room conduct with a memo that no one is allowed to change in the locker room that is not separated by gender.

On or about Saturday, October 18, 2025, at around 1315 hours, I was notified by Officer Straws that on October 17, 2025, construction had started on the locker room at West Patrol. Construction was then completed shortly thereafter.

On or about Monday, October 20, 2025, at around 1451 hours, I received a phone call from Officer Jacob Young asking if it was okay if Officer Thomas Leerar could switch lockers with me as his old locker is in the designated women's part of the locker room. I then advised that we could switch.

It is my understanding that this is not the first time the Kansas City, Kansas Police Department became aware of Officer Briones touching a female employee inappropriately. It is my understanding that the female involved in an incident approximately two (2) years ago had reported to her direct supervisors that Officer Briones was making her feel uncomfortable. Yet despite her discomfort around Officer Briones, he felt empowered enough to touch her buttocks.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>10/24/25 [redacted]<br>*Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>[redacted]<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br>10/24/25<br>SUSAN FRYATT<br>Notary Public - State of Kansas<br>My Commission Expires 9-4-28 |

Susan Fryatt

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

Kansas Human Rights Commission and EEOC

State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

To the best of my knowledge, Officer Briones has an extensive disciplinary history and was even kicked out of part-time SOU, which is our version of SWAT, at the beginning of 2025.

Due to the sexual battery that happened to me at work, which could have easily been prevented by having a separate changing area for male and female officers, I am struggling to sleep, eat, and focus on a daily basis.

I am now attending therapy.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

10/24/25 [redacted]

*Date* *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

[redacted]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

10/24/25

SUSAN FRYATT
Notary Public - State of Kansas
My Commission Expires 9-4-28

Susan Fryatt