[redacted] [redacted] **EXHIBIT D**

# Response: Your Civil Rights Division Report - 840994-CCQ from the Employment Litigation Section

From: DOJ Civil Rights - Do Not Reply (civilrightsdonotreply@mail.civilrights.usdoj.gov)
To: rosebriscoe@ymail.com
Date: Thursday, September 24, 2026 at 05:12 PM GMT+2

U.S. Department of Justice
Civil Rights Division

civilrights.justice.gov

840994-CCQ

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Sep 24, 2026

[redacted]

Re: [redacted] v. Kansas City, Kansas Police Department, et al.,
EEOC Charge No. 563-2026-02406

Dear [redacted],

You are receiving this notice because you filed the above charge(s) with the Equal Employment Opportunity Commission (EEOC), and you or your attorney specifically requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the EEOC has determined that it will not be able to conclude its administrative process within 180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that you have the right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**. This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious. If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: Kansas City Area Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/kansascity/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: [redacted], Rosebriscoe@ymail.com, tduke@wycokck.org, Stephanie.Williams@eeoc.gov

## Contact

civilrights.justice.gov

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
TTY/TDD: 711

[redacted]