**EXHIBIT E**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC

Kansas Human Rights Commission and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Street Address City, State and ZIP Code

[redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| KANSAS CITY, KANSAS POLICE DEPARTMENT | Over 500 | (913)573-5311 |

Street Address City, State and ZIP Code

701 N. 7th St. Trfy, Kansas City, Kansas 66101

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| March 12, 2026 | May 29, 2026 |

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional papor is needed, attach extra sheet(s)):*

I have two (2) companion Charges pending with the EEOC based on sex discrimination, sexual harassment, and retaliation. The Charge numbers associated with those cases are 563-2026-00291 and 563-2026-02406.

On March 12, 2026, approximately one week before the scheduled mediation in the case of Charge No. 563-2026-00291, I was advised by the Department that I was being investigated by the Internal Affairs Unit for allegedly making a false arrest almost one year ago. Those allegations are false.

On May 29, 2026, I was served with a letter of suspension as a result of the investigation described above. The suspension is an unpaid two-day suspension as well as 15 points.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

06/03/26 [redacted]

Date Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

MICHAEL J MEYERS
Notary Public
State of Kansas
My Appt. Exp. 5-5-26

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

6/3/26

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

FEPA

X EEOC

Kansas Human Rights Commission and EEOC

State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

The discipline was issued by Deputy Chief Raymond Nunez #1816. However, Deputy Chief Nunez did not serve my discipline to me face to face. I also did not get the option to request a union rep which is standard procedure when you receive discipline.

It is also standard procedure that when you receive discipline regarding an Internal Affairs investigation, that you are brought up to the Bureau of Operations with a union rep from the FOP. This did not occur in my case.

The discipline was served to me in Capt. Falkner's office. He had nothing to do with my discipline other than having me sign the paper.

After receiving my discipline, I immediately contacted the Vice President of the FOP, Ofc. Kirkpatrick #1843 who advised that he would speak with Deputy Chief Nunez next week and begin the grievance process.

I am able to provide the EEOC Investigator with information regarding male officers who have been treated more favorably than female officers concerning Internal Affairs investigations.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

06/03/26 [redacted]

*Date* *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

MICHAEL J MEYERS
Notary Public
State of Kansas
My Appt. Exp. 9-9-26

6/3/26